Steven E. Paganetti (SBN 087513)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93755-6339
Telephone: (559) 224-2131
Facsimile: (559) 224-8462

Attorneys for Plaintiff
Inland Star Distribution Centers, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| INLAND STAR DISTRIBUTION CENTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALIANT INSURANCE COMPANY, and DOES 1 through 50, inclusive,, <br><br> Defendant. | Case Number CIV-F-04-5057 OWW <br><br> **STIPULATED DISMISSAL AND ORDER** |

COMES NOW Plaintiff Inland Star Distribution Centers, Inc. agree to dismiss with prejudice any and all claims it has in this action against Defendant Valient Insurance Company.

Dated: July 28, 2005.   **WILD, CARTER & TIPTON**
　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　By /s/
　　　　　　　　　　　　　STEVEN E. PAGANETTI
　　　　　　　　　　　　　Attorneys for Plaintiff, INLAND STAR
　　　　　　　　　　　　　DISTRIBUTION CENTERS, INC.

STIPULATED DISMISSAL

1  Dated: July 28, 2005.       **BISHOP, BARRY HOWE, HANEY & RYDER**

By /s/
JAY E. FRAMSON
Attorneys for Defendant, VALIENT INSURANCE COMPANY

### **ORDER**

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice.

Dated: August __2__, 2005

/s/ OLIVER W. WANGER

HONORABLE OLIVER W. WANGER
U. S. DISTRICT COURT JUDGE

WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93755-6339
P. O. Box 16339

STIPULATED DISMISSAL

2